IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | No. 1:14-cr-00070 |
|---|---|---|
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| ANGEL SCHUEG, et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 18th day of September 2015, **IT IS HEREBY ORDERED THAT** Defendant's joint motion to sever (Doc. No. 429), is **DENIED**.

    S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania