**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:14-cr-0070 |
| | : | |
| v. | : | |
| | : | (Judge Kane) |
| **BRANDON ORR, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**ACCORDINGLY**, on this 27th day of October 2015, **IT IS HEREBY ORDERED**

**THAT** Defendants' motion in limine (Doc. No. 779) is **GRANTED IN PART**.

          S/ Yvette Kane
          Yvette Kane, District Judge
          United States District Court
          Middle District of Pennsylvania